20 A.3d 481

**UNITED FINANCIAL CASUALTY COMPANY, Petitioner**

v.

**Denise FORNATARO, Respondent.**

Supreme Court of Pennsylvania.

June 7, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of June, 2011, the Petition for Allowance of Appeal is hereby **GRANTED.** The order of the Superior Court is **VACATED,** pursuant to *Orsag v. Farmers New Century Insurance,* 609 Pa. 388, 15 A.3d 896 (2011) (insureds express designation of UIM coverage in insurance application satisfied statutory requirement that insureds election of UIM coverage in amount lower than coverage amount for bodily injury be in writing), and the case is **REMANDED** to the Superior Court for consideration in accordance with *Orsag.* Jurisdiction relinquished.